# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-08054-001-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Uriel De La Rosa-De La Torre<br>*aka Juan De La Rosa-De La Torre*, | |
| Defendant. | |

Pursuant to Defendant's Motion to Compel Discovery (Doc. 35),

IT IS ORDERED granting the motion and directing the Government to produce the hearing tapes and/or hearing transcripts involving the removal of the defendant (whose A number is A076697081) in 1998, at least part of which occurred on September 29, 1998, at Florence, Arizona.

No excludable delay shall occur from the entry of this Order.

Dated this 13th day of July, 2020.

_____
G. Murray Snow
Chief United States District Judge